UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Anthony G. Coates | : | Chapter 13 |
| | : | |
|    Debtor | : | Case No. 16-17938-ELF |

CERTIFICATE OF SERVICE

    I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan and Notice of Motion by electronic or Regular US Mail on all creditors and the following parties:

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Dated: October 26, 2020            /s/Brad J. Sadek, Esq
    Brad J. Sadek, Esq.
    Attorney for Debtor
    1315 Walnut Street
    Suite #502
    Philadelphia, PA 19107